**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BP ENVIRONMENTAL SERVICES, INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | No. 12-4103 |
| v. | : | |
| | : | |
| REPUBLIC SERVICES, INC., | : | |
| Defendant | : | |

**ORDER**

    **AND NOW,** this __21st_____ day of May, 2013, it is **ORDERED** that Defendant's

Motion for Summary Judgment (Doc. No. 34) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: